# United States District Court

### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

ALEXSAM, INC.,

§
§

*Plaintiff,*

§
§

**ORIGINAL**

v.

§
§

Cause No. 2:13-CV-4

THE GAP, INC. AND
DIRECT CONSUMER SERVICES, LLC,

§
§
§

*Defendants.*

§
§

# JURY VERDICT FORM

**Question No. 1**

Do you find that Plaintiff Alexsam, Inc. proved, by a preponderance of the evidence, that Defendants The Gap, Inc. and Direct Consumer Services, LLC (collectively The Gap) infringe either asserted claim of the '787 Patent?

Answer "Yes" (infringed) or "No" (not infringed) as to each asserted claim in the space provided.  Include an answer in each space.

| '787 Patent | "Yes" or "No" |
|---|---|
| Claim 1 | NO |
| Claim 19 | NO |

Please proceed to Question No. 2 *IF AND ONLY IF* you answered "Yes" to at least one of the claims listed above. Otherwise, proceed to the last page where the foreperson should initial and date this verdict form.

**Question No. 2**

      **Answer this question _IF AND ONLY IF_ you have found at least one claim infringed.**

      What sum of money, if any, do you find Alexsam proved by a preponderance of the evidence, if paid now in cash, would fairly and reasonably compensate Alexsam for any infringement by The Gap through June 19, 2013?

      Answer in dollars and cents.

      Answer: $_____

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

6/28/13
DATE

Eric Street
FOREPERSON INITIAL