# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| Alexsam, Inc.<br>v.<br>Barnes & Noble, Inc., and<br>Barnes & Noble Marketing Services Corp. | Case No. 2:13-cv-3 |
| v.<br>The Gap, Inc., and<br>Direct Consumer Services, LLC | Case No. 2:13-cv-4 |

## FINAL JUDGMENT

Having resolved all outstanding issues pending before the Court, it is **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in these cases.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 14th day of May, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE