# Exhibit 3

Susan Simmons, CSR
Official Court Reporter
U.S. District Courts
100 East Houston St.
Marshall, TX   75670
903.935.3868
SS# 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

lssimmons@yahoo.com

April 22, 2013

                                        RE: 2:13-CV-02

Ms. Nicole Kopinski                        Alexsam, Inc.
Robins Kaplan Miller & Ciresi            Vs.
800 LaSalle Avenue                   Best Buy Stores, Et Al
2800 LaSalle Plaze
Minneapolis, MN   55402

VOIR DIRE WILL NOT BE DONE AS DAILY COPY

DEFENDANTS' PORTION OF BILL

6 days of trial
    (350 pages at $10.00 per page)                  $21,000.00

Set up and Supply Fee                             300.00

      TOTAL DUE                         $21,300.00

(If case settles amount will be refunded except for set-up and supply fee.)

                        THANK YOU!

Susan Simmons, CSR
Deputy Court Reporter
U.S. District Courts
6522 Ashmore Lane
Tyler, TX   75703
903.521.7500
SS# 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

lssimmons@yahoo.com

June 17, 2013

                                       RE: 2:13-CV-04

Mr. Roy Sigler                     Alexsam
Fisch Hoffman Sigler            Vs.
5335 Wisconsin Avenue, NW       The Gap, Et Al
Eighth Floor
Washington, D.C.  20015

DEFENDANT'S PORTION OF BILL

5 days of trial
    (350 pages at $9.00 per page)          $15,750.00
Set up and Supply Fee                      300.00

       TOTAL DUE                     $16,050.00

(If case settles amount will be refunded except for set-up and supply fee.)

                         THANK YOU!
                    Please pay from this invoice!