# Exhibit 7



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2013 | 4530 |

**1750 H Street NW, Suite 100**
**Washington, DC 20006**
**202-393-0399**
accounting@hlpintegration.com

| Bill To |
|---|
| Fisch Hoffman Sigler LLP<br>Jessica Cummings<br>5335 Wisconsin Ave, NW<br>Suite 830<br>Washington, DC 20015 |

| Matter | Project Number |
|---|---|
| All Defendent | HLPFHS006039-045 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Master CD | 15.00 | 15.00T |
| 1 | Shipping & Handling: FedEx tracking number: 99563655348<br>Recipient: Nikki Little, 22 April 2013<br>HLPFHS006044<br>22 April 2013 | 25.91 | 25.91 |
| 0.25 | Project management time for creation and application of Exhibit stamp | 150.00 | 37.50 |
| 2 | Pages endorsed<br>HLPFHS006045<br>22 April 2013 | 0.01 | 0.02 |
| 7,038 | Blowback Prints - black & white | 0.08 | 563.04T |
| 2 | Custom Redweld | 1.90 | 3.80T |
| 179 | Folders - standard | 0.75 | 134.25T |
| 1 | Shipping & Handling: FedEx tracking numbers: 799593859775 and 799593860209<br>Recipient: Pam Matthews, 26 April 2013<br><br>RE: All Defendents | 125.47 | 125.47 |

Remittance by Mail: 1750 H Street NW, Suite 100, Washington, DC 20006
Remittance by ACH: Wells Fargo Bank, 1700 Pennsylvania Avenue NW, Washington, DC 20006
Account Number: 2000020997007
ACH ABA/Routing Number: 054001220

| | |
|---|---|
| Subtotal | USD 4,834.16 |
| Sales Tax (6.0%) | USD 231.35 |
| **Total** | **USD 5,065.51** |

Thank you very much for the opportunity to work with you.
TAX ID: 26-1352198

www.hlpintegration.com



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2013 | 4849 |

**1750 H Street NW, Suite 100**
**Washington, DC 20006**
**202-393-0399**

accounting@hlpintegration.com

| Bill To | | |
|---|---|---|
| Fisch Hoffman Sigler LLP<br>Jessica Cummings<br>5335 Wisconsin Ave, NW<br>Suite 830<br>Washington, DC 20015 | Matter | Project Number |
| | 25073-0002 Th | HLPFHS005005-007 |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| | HLPFHS005005 | | |
| | 5 June 2013 | | |
| 49,000 | Pages endorsed with Bates number | 0.01 | 490.00 |
| 7 | Project management time to gather exhibits from iConect, create and apply exhibit stamp | 150.00 | 1,050.00 |
| | HLPFHS005006 | | |
| | 14 June 2013 | | |
| 98 | Blowback Prints - black & white | 0.08 | 7.84T |
| 2,796 | Blowback Prints- color | 0.50 | 1,398.00T |
| 54 | Custom Tabs | 0.50 | 27.00T |
| 6 | 2" Binder | 7.95 | 47.70T |
| 1 | Shipping & Handling: FedEx tracking number: 796003927109, 796003512594, 796004039582, 796004118381, 796003972671 | 440.86 | 440.86 |
| | HLPFHS005007 | | |
| | 18 June 2013 | | |
| 22,102 | Blowback Prints - black & white | 0.08 | 1,768.16T |
| 737 | Blowback Prints- color | 0.50 | 368.50T |
| 7 | Custom Redweld | 1.90 | 13.30T |
| 550 | Custom Folders | 0.75 | 412.50T |
| 1 | Shipping & Handling: FedEx tracking number: 796048338105, 796048338116, 796048338127, 796048338138 | 498.19 | 498.19 |
| | RE: 25073-0002 The Gap Inc. | | |

Remittance by Mail: 1750 H Street NW, Suite 100, Washington, DC 20006
Remittance by ACH: Wells Fargo Bank, 1700 Pennsylvania Avenue NW, Washington, DC 20006
Account Number: 2000020997007
ACH ABA/Routing Number: 054001220

| | |
|---|---:|
| **Subtotal** | USD 6,522.05 |
| **Sales Tax (6.0%)** | USD 242.58 |
| **Total** | USD 6,764.63 |

**Thank you very much for the opportunity to work with you.**
**TAX ID: 26-1352198**

www.hlpintegration.com